# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| 0728862 B.C. LTD., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 5:19-CV-00124-RWS |
| v. | § § | |
| ZACHARY DOZIER D/B/A DOZIERS EXCAVATING AND HAULING, | § § § § | |
| Defendant. | § § | |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 21st day of May, 2020.**

*[signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE